**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ELIJAH MCLEAN,

        Plaintiff,

v.                                               Case No:   6:24-cv-1214-GAP-DCI

EXPERIAN INFORMATION
SOLUTIONS INC., EQUIFAX
INFORMATION SERVICES LLC
and TRANS UNION LLC,

        Defendants

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Notice of Settlement as to Defendant Equifax Information Services LLC (Doc. 10), it is

**ORDERED** that this case against Defendant Equifax Information Services LLC is DISMISSED without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   Any pending motions relating to Defendant Equifax Information Services LLC are **DENIED** as moot.   The Clerk is directed to terminate Defendant Equifax Information Services LLC as a defendant in this action.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 30, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties