# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ELIJAH MCLEAN,

        Plaintiff,

v.                                              Case No:   6:24-cv-1214-GAP-DCI

EXPERIAN INFORMATION
SOLUTIONS INC., EQUIFAX
INFORMATION SERVICES LLC
and TRANS UNION LLC,

        Defendants

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal without Prejudice of Defendant Experian Information Solutions Inc. (Doc. 21), it is

**ORDERED** that this case against Defendant Experian Information Solutions Inc. is DISMISSED without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   Any pending motions relating to Defendant Experian Information Solutions Inc. are **DENIED** as moot.   The Clerk is directed to terminate Defendant Experian Information Solutions Inc. as a defendant in this action.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 2, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties